# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Scott Beeler, ) | No. CV 08-016-TUC-FRZ |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Louis Winn, Warden, ) | |
| ) | |
| Respondent. ) | |

There being no opposition, and based on Petitioner's apparent release from custody,

IT IS HEREBY ORDERED that the Report and Recommendation of the Magistrate Judge is adopted and accepted as the findings of fact and conclusions of law;

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is DENIED and this action is DISMISSED;

Judgment shall enter accordingly.

DATED this 13th day of October, 2009.

*[signature]*
FRANK R. ZAPATA
United States District Judge